**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000543**
**18-DEC-2015**
**10:09 AM**

NO. CAAP-15-0000543

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

DORIS ANN TABION, Plaintiff-Appellant, v.
DAVID LEONARD TABION, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 9221(1))

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On July 24, 2015, Plaintiff-Appellant Doris Ann Tabion (Appellant), pro se, filed a notice of appeal;

(2) On September 22, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 2, 2015, and November 2, 2015, respectively;

(3) Appellant did not file either document, or request an extension of time;

(4) On November 25, 2015, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on December 7, 2015, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, December 18, 2015.

Chief Judge

Associate Judge

Associate Judge